PROB 12A
(7/93)

# United States District Court

for

<u>WESTERN DISTRICT OF TEXAS</u>

## Report on Offender Under Supervision

Name of Offender: <u>Bryan Mask</u>   Case Number: <u>AU:17-CR-00432(1)-SS</u>

Name of Sentencing Judicial Officer:  <u>Honorable Sam Sparks, Senior United States District Judge</u>

Date of Original Sentence: <u>April 13, 2018</u>

Original Offense: <u>Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2)</u>

Original Sentence:  <u>Thirty-Three (33) months custody, followed by a three (3) year term of supervised release with the following special conditions: substance abuse treatment, mental health treatment, abstain from alcohol/other intoxicants, take all medication as directed, search and seizure, and a $100 special assessment (paid if full)</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>May 5, 2020</u>

Assistant U. S. Attorney: <u>Anthony Wayne Brown</u>   Defense Attorney: <u>Todd Nickle-Retained</u>

---

**PREVIOUS COURT ACTION**

None.

**NONCOMPLIANCE SUMMARY**

**<u>Violation Special Condition:</u>** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

**<u>Violation Mandatory Condition No. 3:</u>** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Nature of Non-Compliance:** On June 3, 2021, Mask submitted a urine specimen which tested positive for methamphetamine. On this same date, Mask admitted to its use and admitted to having abused methamphetamine on several occasions, and he last used methamphetamine on or about May 31, 2021.

**U.S. Probation Officer Action:** Mr. Mask recently relocated back to Austin, Texas, after his case was denied for transfer of supervision to the Eastern District of Texas, because he had tested positive for methamphetamine during his initial office visit. Since returning to Austin, he has been re-referred to co-occurring counseling and psychiatric medication care. Because Mask has taken full responsibility for his relapse, it is respectfully requested Mask be allowed to continue treatment at Kearley and Schmidt and he continue random urinalysis testing with no further Court action at this time. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Mask incur any further violations, the Court will be notified.

Respectfully submitted,

*Stephanie A. Morales*
_____
Stephanie A. Morales
Senior U.S. Probation Officer
Date: June 29, 2021

Approved:

*Martha N. Davis*
_____
Martha N. Davis
Supervising U.S. Probation Officer
Date: June 29, 2021

THE COURT ORDERS:

☑ No Action

☐ Submit a Request for Modifying the Conditions of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

_____
Honorable Susan Hightower
U.S. Magistrate Judge

June 30, 2021
Date